# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1520
_____

LEMUEL L. COOPER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bradford County.
Mark W. Moseley, Judge.

January 16, 2019

PER CURIAM.

AFFIRMED.

WOLF, LEWIS, and WETHERELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lemuel L. Cooper, pro se, Appellant.

Ashley Brooke Moody, Attorney General, Tallahassee, for Appellee.